```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

**DANIEL M. STANLEY,**              *
                                     *
    Plaintiff,               *
                                     *
vs.                                  *   Civil Action No. 04-436-BH-B
                                     *
**JO ANNE B. BARNHART,**             *
**Commissioner of**                  *
**Social Security,**                 *
                                     *
    Defendant.               *

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income benefits be **REVERSED** and **REMANDED.**

**DONE** and **ORDERED** this the 8th day of September, 2005.

                                          s/ W. B. Hand
                                  **SENIOR DISTRICT JUDGE**