```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | |
|---|---|
| DANIEL M. STANLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.04-00436-BH-B |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
|     Defendant. | ) |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 2, 2005, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 29th day of December, 2005.

                                                  s/ W. B. Hand
                                         SENIOR DISTRICT JUDGE