```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

DANIEL M. STANLEY,                )
                                  )
    Plaintiff,                    )
                                  )
vs.                               ) CIVIL ACTION NO.04-00436-BH-B
                                  )
JO ANNE B. BARNHART,              )
Commissioner of                   )
Social Security,                  )
                                  )
    Defendant.                    )

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), and that the award be limited to the EAJA rate of $125.00 per hour, thereby resulting in an award of $1,125.00 for 9.0 attorney hours spent representing Plaintiff in connection with this action.

**DONE** and **ORDERED** this the 29th day of December, 2005.

                                                            s/ W. B. Hand
                                            SENIOR DISTRICT JUDGE